**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.3694



RICHARD W. WIEKING
CLERK OF COURT

January 16, 2008

John Brosnan
3321 Vincent Road
Pleasant Hill, CA   94523

**Re: C 07-06438** EDL
**JOHN BROSNAN-TRACY AVILDSEN** v. **JOHN BROSNAN-TRACY AVILDSEN**

Dear Mr. Brosnan

This matter has been assigned to Magistrate Judge Elizabeth D. Laporte for all purposes including trial.

The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

A review of the file discloses that the Consent to Proceed Before a United States Magistrate has not been filed in this case. Please select **one** of the attached forms documenting your consent or request for reassignment and file it with the Court by **January 25, 2008 .**  These forms can also be  found on the Court's website at www.cand.uscourts.gov.

Thank you.

RICHARD W. WIEKING

By: _Lili M. Harrell_____
Lili M. Harrell
Deputy Clerk

Attachments

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JOHN BROSNAN,**

        Plaintiff(s),                               No. C **07-06438** EDL

        v.                                    **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

**TRACY AVILDSEN,**

        Defendant(s).
_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____          _____
                                                      Signature

                                                      Counsel for _____
                                                      (Name or party or indicate "pro se")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JOHN BROSNAN,**

       Plaintiff(s),                        No. C **07-06438** EDL

                                        **DECLINATION TO PROCEED BEFORE**
                                        **A MAGISTRATE JUDGE**
      v.                                   **AND**
                                        **REQUEST FOR REASSIGNMENT TO**
                                        **A DISTRICT JUDGE**,

**TRACY AVILDSEN**

       Defendant(s).
_____/

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

      The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____                   _____
                                                          Signature

                                                          Counsel for _____
                                                          (Name or party or indicate "pro se")

United States District Court
For the Northern District of California