**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: April 1, 2008

Case No: **C-07-06438 EDL**

Case Name: **JOHN BROSNAN  v. TRACY AVILDSEN**

| | | |
|---|---|---|
| Attorneys: | Pltf: No appearance | Deft: |
| Deputy Clerk: Lili M. Harrell | | FTR Digital Recorder: 10:04am (Time: 1 minute) |

**PROCEEDINGS:**
  Initial Case Management Conference - Not held

**ORDERED AFTER HEARING:**
  Court to issue order to show cause.

**Order to be prepared by:**  [] Pltf  [] Deft  [X]  Court

**Case continued to:**  for

**Notes:**

cc: