UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


JOHN BROSNAN,

                Plaintiff,

   v.

TRACY AVILDSEN,

                Defendant.

_____/

Case Number: CV07-06438 EDL

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


John Brosnan
3321 Vincent Road
Pleasant Hill, CA 94523

Dated: April 7, 2008

Richard W. Wieking, Clerk

By: Lili M. Harrell, Deputy Clerk