1  Dennis B. Kass,
   State Bar No. 137263
2  **MANNING & MARDER**
   **KASS, ELLROD, RAMIREZ LLP**
3  801 S. Figueroa St., 15th Floor
   Los Angeles, CA 90017
4  Telephone: (213) 624-6900
   Facsimile: (213) 624-6900
5  E-mail: dbk@mmker.com

6  Patrick L. Hurley,
   State Bar No. 174438
7  **MANNING & MARDER**
   **KASS, ELLROD, RAMIREZ LLP**
8  One California St., 11th Floor
   San Francisco, CA
9  Telephone: (415) 217-6990
   Facsimile: (415) 217-6999
10 E-mail: plh@mmker.com

11 Attorneys for Defendants,
   TRACY AVILDSEN AND STATE FARM MUTUAL AUTOMOBILE
12 INSURANCE COMPANY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN, | Case No. CV 07-6438 EDL |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |
| vs. | [PROPOSED] |
| TRACY AVILDSEN aka TRACY BROOKS SWOPE, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, INCORPORATED, and DOES 1 - 233, | |
| Defendants. | |

The motion of Defendants TRACY AVILDSEN AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, INC. under Federal Rules of

1

Civil Procedure, Rules 12(b)(1), 12(b)(3), 12(b)(6), and 12(f) for dismissal of plaintiff's Complaint and to strike portions of the Complaint came on regularly for hearing on May 27, 2008.

After considering the moving and opposition papers, the exhibits and declarations submitted by both parties, the arguments of counsel and all other matters presented to the Court, the Court grants defendant's motion to dismiss without leave to amend on the grounds that the Court lacks subject matter jurisdiction over this matter. Even if the Court had subject matter jurisdiction, the case was filed in the improper venue.

**IT IS SO ORDERED.**


DATED: _____, 2008      _____
                                 Elizabeth D. Laporte
                                 United States Magistrate Judge