1  Dennis B. Kass,
   State Bar No. 137263
2  **MANNING & MARDER**
   **KASS, ELLROD, RAMIREZ** LLP
3  801 S. Figueroa St., 15th Floor
   Los Angeles, CA 90017
4  Telephone: (213) 624-6900
   Facsimile: (213) 624-6900
5  E-mail: dbk@mmker.com

6  Patrick L. Hurley,
   State Bar No. 174438
7  **MANNING & MARDER**
   **KASS, ELLROD, RAMIREZ** LLP
8  One California St., 11th Floor
   San Francisco, CA
9  Telephone: (415) 217-6990
   Facsimile: (415) 217-6999
10 E-mail: plh@mmker.com

11 Attorneys for Defendants,
   TRACY AVILDSEN AND STATE FARM MUTUAL AUTOMOBILE
12 INSURANCE COMPANY, INC.

13

14              **UNITED STATES DISTRICT COURT**

15             **NORTHERN DISTRICT OF CALIFORNIA**

16

17 JOHN BROSNAN,                    )  Case No. CV 07-6438 EDL
                                    )
18                  Plaintiff,      )  **DEFENDANTS' REQUEST**
                                    )  **FOR JUDICIAL NOTICE;**
19                                  )  **EXHIBITS**
                                    )
20 vs.                             )
                                    )
21                                  )  *(Motion to Dismiss and*
                                    )  *[Proposed] Order Filed*
22                                  )  *Concurrently)*
   TRACY AVILDSEN aka TRACY         )
23 BROOKS SWOPE, STATE FARM         )
   MUTUAL AUTOMOBILE INSURANCE      )  Date:      May 27, 2008
24 COMPANY, INCORPORATED, and       )  Time:      9:00 a.m.
   DOES 1 - 233,                    )  Ctrm:      E
25                                  )
                                    )
26                                  )
                                    )
27                  Defendants.     )
                                    )
28

1

D:\docsdata\plh\LA PROJECTS\Brosnan\Request Jud Ntc.wpd

1    Defendants TRACY AVILDSEN AND STATE FARM MUTUAL

2 AUTOMOBILE INSURANCE COMPANY, INC. hereby request the Court to take

3 judicial notice, pursuant to Federal Rules of Evidence, Rule 201 of the following

4 facts:

5        1.     On February 16, 2007, plaintiff John Brosnan filed a Complaint in

6 Brosnan dba Apex ISP Services v. Munger, et al., Case No. C 07-0996 SI, wherein

7 he alleged that he was a "California business located in Pleasant Hill, California . . ."

8 (Ex. A).

9        2.     In Brosnan dba Apex ISP Services v. Munger, et al., Case No. C 07-

10 0996 SI, plaintiff's email address is listed as john@cityofsanfrancisco.com (Ex. B).

11       2.     On December 3, 2007, plaintiff John Brosnan filed a First Amended

12 Complaint in Brosnan v. Oberle, et al., Case No. C 07-4337, wherein he listed his

13 address as 3321 Vincent Road, Pleasant Hill, California.  (Ex. C).

14       3.     In In re John Brosnan, Case No. 06-42475, plaintiff filed a Chapter 13

15 Bankruptcy Petition, stating, under penalty of perjury, that his mailing address was in

16 Pleasant Hill, California; that he resided in Los Angeles County; and that he had

17 previously filed bankruptcy petitions in California in 1999 and 2000.  (Ex. D).

18

19

20 Dated: April 14, 2008                           MANNING & MARDER
                                                    KASS, ELLROD, RAMIREZ LLP
21

22

23                                                  By: S:\Patrick L. Hurley

24                                                  Attorneys for Defendants,
                                                    TRACY AVILDSEN AND STATE
25                                                  FARM MUTUAL AUTOMOBILE
                                                    INSURANCE COMPANY, INC.
26

27

28

D:\docsdata\plh\LA PROJECTS\Brosnan\Request Jud Ntc.wpd

# EXHIBIT A

1  John Brosnan
   3321 Vincent Road
2  Pleasant Hill, California 94523
   Telephone: 925.930.3486
3  Facsimile: 650.745.2723

FILED

07 FEB 16 PM 2: 06

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SI**

8  JOHN BROSNAN DBA APEX ISP SERVICES    Case No. **C 07 0996**
      Plaintiff
9                                          COMPLAINT FOR DAMAGES AND INJUNCTIVE
                                           RELIEF - VIOLATION OF 2003 CAN-SPAM ACT
10 Vs.                                     [15 U.S.C. §7701, *et seq.*]

11 CHRISTOPHER J. MUNGER, CASH FLOW        DEMAND FOR JURY TRIAL
   INC, JESUS CHAVEZ
12 And
   DOES 1-100

17 JOHN BROSNAN alleges as follows:

18 JURISDICTION, VENUE, AND PARTIES

19    1.  This Court has original jurisdiction of the causes of action herein which are brought under the

20 CAN-SPAM Act of 2003 - 15 U.S.C. §7701, et seq., 15 U.S.C. §7707(g)(1).

21    2.  The unlawful actions of the defendants were committed in the State of California and in the

22 judicial district of this Court.

23    3.  Plaintiff is a California business located in Pleasant Hill, California, and provides Internet access

24 service within the meaning of 15 U.S.C. §7703(11).

25    4.  Plaintiff is informed and believes that Christopher J. Munger is a California resident.

**EXHIBIT B**

ADRMOP, E-Filing

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-00996-SI

Brosnan v. Munger et al
Assigned to: Hon. Susan Illston
Cause: 28:1331 Fed. Question: Personal Injury

Date Filed: 02/16/2007
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

**Plaintiff**

**John Brosnan**
*doing business as*
Apex Isp Services

represented by **John Brosnan**
ProSe
3321 Vincent Road
Pleasant Hill, CA 94523
510-779-1006
Email: john@cityofsanfrancisco.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Christopher J. Munger**

**Defendant**

**Cash Flow Inc.**

**Defendant**

**Jesus Chavez**

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 02/16/2007 | 1 | COMPLAINT (Summons issued); against Christopher J. Munger, Cash Flow Inc., Jesus Chavez ( Filing fee $ 350, receipt number 34611003081.). Filed byJohn Brosnan. (ys, COURT STAFF) (Filed on 2/16/2007) Additional attachment(s) added on 10/25/2007 (ys, COURT STAFF). (Entered: 02/16/2007) |
| 02/16/2007 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 5/18/2007. Case Management Conference set for 5/25/2007 02:00 PM. (Attachments: # 1 cmc order# 2 standing order)(ys, COURT STAFF) (Filed on 2/16/2007) (Entered: 02/16/2007) |
| 02/16/2007 | | Summons Issued as to Christopher J. Munger, Cash Flow Inc., Jesus |

# EXHIBIT C

1  John Brosnan
   3321 Vincent Road
2  Pleasant Hill, California 94523
   Telephone: 510.779.1006
3  Facsimile: 925.237.8300

4

5                      UNITED STATES DISTRICT COURT

6                     NORTHERN DISTRICT OF CALIFORNIA

7

8  JOHN BROSNAN                          Case No.

9      Plaintiff                         FIRST AMENDED COMPLAINT
                                         COMPLAINT FOR DAMAGES AND
10                                       INJUNCTIVE RELIEF
   Vs.                                   VIOLATION OF 18 U.S.C. §1621 – PERJURY,
11                                       VIOLATION OF 18 U.S.C. § 241 CONPIRACY
   DON OBERLE, TIMOTHY JON CARRE,        TO COMMIT PERJURY
12 JAMES G. SCHWARTZ, JOSHUA D. BRYSK,
   INNOVATIVE MORTGAGE SOLUTIONS,        DEMAND FOR JURY TRIAL
13 MERIDIAN CAPITAL INC.
   And DOES 1-100                        Date        :  -
14                                       Time        :  -
                                         Place       :  -
15                                       Trial Date  :  None Set

16

17

18 JOHN BROSNAN alleges as follows:

19 JURISDICTION, VENUE, AND PARTIES

20    1.  This Court has original jurisdiction of the causes of action herein which are brought under 18

21 U.S.C. §241 and 18 U.S.C. §1621.

22    2.  The unlawful actions of the defendants were committed in the State of California and in the

23 judicial district of this Court.

24    3.  Plaintiff is a Nevada resident.

25    4.  Plaintiff is informed and believes that Don Oberle ("OBERLE") is a California resident.

26    5.  Plaintiff is informed and believes that Tim Carre ("CARRE") is a California resident.

27    6.  Plaintiff is informed and believes that Joshua D. Brysk ("BRYSK") is a California resident.

28    7.  Plaintiff is informed and believes that James G. Schwartz "SCHWARTZ". is a California

                                    COMPLAINT

# EXHIBIT D

Official Form 1 (10/06)

**United States Bankruptcy Court**
Northern __DISTRICT OF__ California

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>John Brosnan | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): 8314 | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>3321 Vincent Road<br>Pleasant Hill, CA 94523<br>ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>Los Angeles | ZIP CODE |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☒ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7     ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☐ Chapter 11        Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☒ Chapter 13        Recognition of a Foreign<br>                        Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br><br>☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ☐ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☐ Full Filing Fee attached.<br><br>☒ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☒ $10,000 to $100,000 | ☐ $100,000 to $1 million | ☐ $1 million to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,000 to $100,000 | ☒ $100,000 to $1 million | ☐ $1 million to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (10/06)                                                                                          Form B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: OAKLAND | Case Number: 00-4852298 | Date Filed: 1-18-2000 |
| Location Where Filed: OAKLAND | Case Number: 09-48085 | Date Filed: 10-20-09 |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X _____<br>      Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐     Yes, and Exhibit C is attached and made a part of this petition.

☒     No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐     Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐     Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

F1

OAKLAND
99-44957
6-14-99

OAKLAND
99-43549
4-28-99

OAKLAND
05-49268
10-16-05

OAKLAND
00-41544
3-14-2000

OAKLAND
03-47305
12-18-03
SAN JOSE
05-53113
5-20-05

| Official Form 1 (10/06) | Form B1, Page 3 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)
061219
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney

X _____
   Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
_____

_____
Telephone Number

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*