## In the United States District Court
## for the Northern District of California
## Magistrate Judge Elizabeth D. Laporte

## CIVIL MINUTES

Date: April 22, 2008

Case No: **C-07-06438 EDL**

Case Name: **JOHN BROSNAN v. TRACY AVILDSEN**

| | | |
|---|---|---|
| Attorneys: | Pltf: No appearance | Deft: |
| Deputy Clerk: Lili M. Harrell | | FTR Digital Recorder: 12:01pm (Time: 1 min ) |

**PROCEEDINGS:**
  Order to Show Cause - not held due to plaintiff's failure to appear.

**ORDERED AFTER HEARING:**


**Order to be prepared by:**  [] Plntf  [] Deft  []  Court

**Case continued to:**  for

**Notes:**

cc: