**United States District Court**
For the Northern District of California

1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7
8  JOHN BROSNAN,

      Plaintiff,                                     No. C 07-06438 EDL

   v.                                          CLERK'S NOTICE

TRACY AVILDSEN,

      Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Defendants' Motion to Dismiss noticed for May 27, 2008 has been continued to **May 28, 2008 at 9:00 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.

Dated: April 22, 2008

                                                     FOR THE COURT,
                                                     Richard W. Wieking, Clerk

                                by: *Lili M. Harrell* (signature)
                                           Lili M. Harrell
                                           Courtroom Deputy