UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN-TRACY AVILDSEN

    Plaintiff(s),

v.

JOHN BROSNAN-TRACY AVILDSEN

    Defendant(s).

No. C **07-06438** EDL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: 4/18/08

Signature

Counsel for Defendants
(Name or party or indicate "pro se")

Dennis B. Kass,
State Bar No. 137263
**MANNING & MARDER
KASS, ELLROD, RAMIREZ** LLP
801 S. Figueroa St., 15th Floor
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6900
E-mail: dbk@mmker.com

Patrick L. Hurley,
State Bar No. 174438
**MANNING & MARDER
KASS, ELLROD, RAMIREZ** LLP
One California St., 11th Floor
San Francisco, CA
Telephone: (415) 217-6990
Facsimile: (415) 217-6999
E-mail: plh@mmker.com

Attorneys for Defendants,
TRACY AVILDSEN AND STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN,<br><br>                  Plaintiff,<br><br>vs.<br><br>TRACY AVILDSEN aka TRACY BROOKS SWOPE, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, INCORPORATED, and DOES 1 - 233,<br><br>                  Defendants. | Case No. CV 07-6438 EDL<br><br>**CERTIFICATE OF SERVICE** |

I, Carlos Rios, certify and declare as follows:

1. I am employed in the County of San Francisco, State of California. I am

-1-

over the age of 18 and not a party to the within action. My business address is Manning & Marder, Kass, Ellrod, Ramirez, LLP, 1 California Street, 11th Floor, San Francisco, California 94111, which is located in the city, county and state where the mailing described took place.

2. On April 18, 2008, I served the documents described as (1) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

John Brosnan
3321 Vincent Road
Pleasant Hill, CA 94523

3. I caused such envelope to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid. I placed such envelope with postage thereon prepaid in the United States mail at San Francisco, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **April 18, 2008**, at San Francisco, California.

Carlos Rios

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO
*Brosnan v. Avildsen, et al.*

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 1 California St., 11th Floor, San Francisco, California 94111

On **April 18, 2008,** I served the document described as **CERTIFICATE OF SERVICE** on the following parties:

John Brosnan
3321 Vincent Road
Pleasant Hill, CA 94523

☒ **(BY MAIL)** I caused such envelope to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid. I placed such envelope with postage thereon prepaid in the United States mail at San Francisco, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY FACSIMILE)** I telecopied such document to the offices of the addressee at the following fax number: ON THE ATTACHED SERVICE LIST.

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

via electronic mail by the U.S. District Court - Live System

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **April 18, 2008**, at Los Angeles, California.

Carlos Rios

D:\docsdata\plh\LA PROJECTS\Brosnan\Cert Service.002.wpd