John Brosnan
3321 Vincent Road
Pleasant Hill, CA 94523
510.779.1006 : Tel
925.237.8300 : Fax

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN,<br><br>Plaintiff,<br><br>v.<br><br>TRACY AVILDSEN aka TRACY BROOKS SWOPE, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY INCORPORATED AND DOES 1 - 233,<br><br>Defendants. | CASE NUMBER : CV 07-6438 EDL<br><br>PROOF OF SERVICE OF JOHN BROSNAN'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT AND TO STRIKE PUNITIVE DAMAGES<br><br>DATE:  MAY 27, 2008<br>TIME:  9:00 AM<br>ROOM:  E |

PROOF OF SERVICE - I am employed in the county of Contra Costa, State of California. I am over the age of 18 and not a party to the within action; my business address is 3321 Vincent Road, Pleasant Hill, CA 94523. On April 28, 2008, in Richmond, CA, I deposited with the United States Postal Service a postage paid, sealed envelope in which contained, JOHN BROSNAN'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT AND TO STRIKE PUNITIVE DAMAGES, the envelope was addressed to, Dennis B. Kass, 801 S. Figueroa Street, 15th Floor, Los Angeles, CA 90017. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. _____ Manuel Gallegos

PROOF OF SERVICE