**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

       Plaintiff,

       v.

TRACY AVILDSEN, et al.,

       Defendants.

_____/

No. C 07-06438 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Defendants' Motion to Dismiss, document 8, scheduled for June 3, 2008 before Magistrate Judge Laporte, has been taken off calendar. The Court finds the matter suitable for decision without oral argument.

Dated: May 23, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____

    Lili M. Harrell
    Courtroom Deputy