IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

    Plaintiff,

v.

TRACY AVILDSEN, et al.,

    Defendants.

No. C-07-06438 EDL

**ORDER DISMISSING CASE WITH PREJUDICE**

On June 6, 2008, the Court granted with leave to amend Defendants' Motion to Dismiss. The Court ordered that any amended complaint must be filed no later than June 27, 2008, and that if Plaintiff failed to file an amended complaint by that date, the Court would dismiss this matter with prejudice. As of this date, no amended complaint has been filed. Nor has Plaintiff communicated with the Court about the filing of his amended complaint or sought an extension of time to file. Accordingly, this case is dismissed with prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 21, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge