United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

    Plaintiff,

v.

TRACY AVILDSEN, et al.,

    Defendants.
_____/

No. C-07-6438 EDL

**JUDGMENT**

    This action came before the Court, Magistrate Judge Elizabeth D. Laporte presiding, and the issues have been duly heard and considered and a decision having been fully rendered,

  IT IS ORDERED AND ADJUDGED that in accordance with the Court's Order of June 6, 2008 Granting with Leave to Amend Defendants' Motion to Dismiss and the Court's Order of July 21, 2008 Dismissing Case with Prejudice, this case is dismissed.

Dated: July 22, 2008

                                          _____
                                          ELIZABETH D. LAPORTE
                                          United States Magistrate Judge